DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE COOPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3056

[December 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 02-11343CF10A.

Eugene Cooper, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***